Case 3:10-cv-00764-LRH-VPC   Document 4   Filed 04/23/12   Page 1 of 2

```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 2 3 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL A. MANDELL, | 3:10-CV-0764-LRH (VPC) |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| WELLS FARGO BANK, | |
| Defendant. | April 23, 2012 |

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). For the reason set forth below, it is recommended that plaintiff's complaint be dismissed and this action closed.

## I. BACKGROUND, DISCUSSION & CONCLUSION

On March 1, 2011, the court granted plaintiff's request to proceed *in forma pauperis* (#1). Additionally, the court dismissed plaintiff's complaint without prejudice for failure to state a claim upon which relief can be granted. *Id.* Plaintiff was granted thirty (30) days within which to file an amended complaint that stated a claim upon which relief may be granted. *Id.* Plaintiff was cautioned that failure to file an amended complaint within the time allotted may result in the immediate dismissal of the entire action. *Id.*

Plaintiff failed to file an amended complaint as ordered and has not requested additional time in which to do so. Therefore, this court recommends that plaintiff's complaint be **DISMISSED**.

The parties are advised:

1. Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this report and recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and

1 Recommendation" and should be accompanied by points and authorities for consideration by the
2 District Court.
3     2. This report and recommendation is not an appealable order and any notice of appeal
4 pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that the district court enter an order **DISMISSING** plaintiff's complaint and closing this action.

DATED: April 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE