UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHERYL A. MANDELL, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-00764-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| WELLS FARGO BANK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#4[1]) entered on April 23, 2012, recommending dismissing Plaintiff's complaint and closing this action. No objections to the Report and Recommendation were filed. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#4) entered on April 23, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#4)

---

[1] Refers to court's docket number.

1  entered on April 23, 2012, is adopted and accepted, and Plaintiff's complaint is hereby **DISMISSED** for
2  failure to timely amend the complaint as ordered by the court.
3      IT IS SO ORDERED.
4      DATED this 6th day of July, 2012.

                                                    _____
                                                  LARRY R. HICKS
                                                  UNITED STATES DISTRICT JUDGE